| | |
|---|---|
| ANNE M. LORADITCH, ESQ.<br>Nevada Bar No. 8164<br>**THE BACH LAW FIRM, LLC**<br>7881 W. Charleston Blvd., Suite 165<br>Las Vegas, Nevada 89117<br>Telephone: (702) 925-8787<br>Facsimile: (702) 925-8788<br>Email: aloraditch@bachlawfirm.com | S. Jason Teele, Esq. (*Admitted Pro Hac Vice*)<br>Nicole Stefanelli, Esq. (*Admitted Pro Hac Vice*)<br>**CULLEN AND DYKMAN LLP**<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 849-0220<br>Email: steele@cullenandykman.com<br>Email: nstefanelli@cullenanddykman.com |

*Counsel for Three Twenty-One Capital Partners, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>U.S.A. DAWGS, INC.,<br><br>    Debtor.<br><hr>THREE TWENTY-ONE CAPITAL PARTNERS, LLC,<br><br>    Appellant,<br><br>v.<br><br>USA DAWGS, INC. and GEMCAP LENDING I, LLC,<br><br>    Appellee(s). | Case No.: BK-S-18-10453-LEB<br><br>Chapter 11<br><br><br><br><br>Appeal Reference Number: 18−22<br><br>USDC Number: 18−cv−01663−APG<br><br><br>**ORDER APPROVING JOINT STIPULATION DISMISSING APPEAL** |

   This Court, having reviewed the *Joint Stipulation Dismissing Appeal* (the "Stipulation") filed by Appellant Three Twenty-One Capital Partners, LLC ("Appellant"), Appellees USA Dawgs, Inc., and GemCap Lending I, LLC (together, "Appellees"), and the Office of the United States Trustee (together with Appellant and Appellees, the "Parties"); and having reviewed the record of the above-captioned appeal (this "Appeal"); and having found that the Court has jurisdiction over this appeal pursuant to 28 U.S.C. § 158(a); and having found that notice of the Stipulation was appropriate and that no further or other notice is required; and after due deliberation and good and sufficient cause appearing therefor, it is hereby:

35022.1 1693006v1

ORDERED, that the Stipulation is APPROVED in its entirety. Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, the above-captioned appeal is DISMISSED WITH PREJUDICE with each party to bear its own costs of appeal. The dismissal of this Appeal is without prejudice to Appellant's rights in its appeal of the *Order Denying Joint Motion of the Debtor and Three Twenty-One Capital Partners, LLC, to Surcharge Secured Creditor's Collateral (Proceeds of Sale of Debtor's Assets)* [Bankr. Dkt. No. 622] entered by the Bankruptcy Court on August 29, 2018, in the Bankruptcy Case, which appeal is pending before this Court, USDC Number: 18−cv−01724−APG.

It is **SO ORDERED**.

DATED: October 10, 2018

_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE